UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:24-mj-230-SKL |
| v. | ) Southern Dist. of Mississippi |
| | ) Charging Dist. No. 3-24-CR-35-DPJ-LGI |
| | ) |
| MARK ANDERSON | ) |
| | ) |

## MEMORANDUM AND ORDER

Defendant Mark Anderson ("Defendant") appeared for a hearing before the undersigned on August 27, 2024, in accordance with the Federal Rules of Criminal Procedure and the applicable provisions of The Bail Reform Act, Title 18 U.S.C. § 3148, on the Petition for Action on Conditions of Pretrial Release ("Petition") and arrest warrant out of the U.S. District Court, Southern District of Mississippi. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The Defendant, Mark Anderson.
(3) Attorney Christopher Meadows as appointed counsel for Defendant.

After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Christopher Meadows with Federal Defender Services of Eastern Tennessee was present and reappointed as counsel in the arresting district.

The Defendant had been provided with a copy of the arrest warrant and Petition and had the opportunity of reviewing those documents with his attorney. It was determined Defendant was capable of being able to read and understand the documents.

AUSA Winne moved that Defendant's release be revoked and that he be temporarily detained without bail pending a detention hearing in the U.S. District Court, Southern District of Mississippi. The Defendant asked that his detention hearing and any further proceedings be held in the U.S. District Court, Southern District of Mississippi.

Accordingly, it is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Southern District of Mississippi as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport Defendant to the U.S. District Court, Southern District of Mississippi for a hearing on a date to be determined once Defendant is in said district.

ORDER:

ENTER.

s/      *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE